WINDTBERG & ZDANCEWICZ, PLC
7551 South Willow, Suite 102
Tempe, Arizona 85283
Phone: (480) 584-5660
Fax: (480) 584-5958
courtdocs@wzfirm.com
Michael Zdancewicz - 12426
Marc Windtberg - 24802

Attorneys for BMW Financial Services NA, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

Shane E. Powell,

　　　　Debtor.

No. 2:16-bk-05611-BKM
**Chapter 7 Proceeding**
**RESPONSE TO TRUSTEE'S OBJECTION (DE 322) TO PROOF OF CLAIM (DE 10)**

**Property Description:**
BMW 320i Sedan SA VIN WBA3B1G5XENS77809

　　　BMW Financial Services NA, LLC ("**Creditor**"), by and through the undersigned attorneys, hereby responds to the Trustee's Objection (DE 322) to the Creditor's proof of claim (DE 10). Creditor submits the objection should not be sustained because the Collateral was recovered and on June 29, 2017 Creditor amended its proof of claim for its remaining lease damages. The following Memorandum of Points and Authorities supports this Objection.

/ / /

# MEMORANDUM OF POINTS AND AUTHORITIES

## Factual Background

Debtor entered into a Motor Vehicle Lease Agreement (the "**Contract**"), relating to a **BMW 320i Sedan SA VIN WBA3B1G5XENS77809** (the "**Collateral**"). A true and correct copy of the Contract and the evidence of Creditor's interest in the Collateral are both attached to the Creditor's Proof of Claim and the Proof of Claim is incorporated herein by reference. The Creditor has recovered the Collateral and amended its proof of claim on January 29, 2017 asserting its remaining unsecured account balance.

## Legal Position

The existence and enforceability of the debt to a creditor in a Chapter 7 case is governed by state law. 11 U.S.C. § 502(b)(1) (a claim cannot be allowed if it is not enforceable under state law). *In re Miller*, 292 B.R. 409, 412 (9th Cir. BAP 2003). Arizona law provides for a deficiency balance following the repossession of personal property. A.R.S. § 47-9615(F); *Gulf Homes, Inc. v. Goubeaux*, 124 Ariz. 142 (1979); *Rand v. Porsche Financial Services*, 216 Ariz. 424 (App. 2007).

A claim may not be denied for just any reason, but only for one of the reasons Congress has included in §502(b). *In re Taylor*, 289 B.R. 379 (Bankr. N.D. Ind. 2003). In determining allowance of claims, the Court "must find a basis in section 502 to disallow a claim, and absent such basis, we must allow it." *In re SNTL Corp.,* 571 F.3d 826, 838 (9th Cir. 2009); *In re Rodriguez,* 375 B.R. 535, 545 (9th Cir. BAP 2007), citing *Travelers Cas. & Sur. Co. of Am. v. Pac. Gas & Elec. Co.,* 549 U.S. 443, 452, 127 S. Ct. 1199, 1206, 167

L. Ed. 2d 178 (2007) ("we generally presume that claims enforceable under applicable state law will be allowed unless they are expressly disallowed" under section 502).

### Legal Argument

Following the disposition of the Collateral an account balance exists under Arizona law. Creditor filed an amended proof of claim on June 29, 2017 following disposition of the Collateral and is entitled to share in any distribution from this estate based on the remaining balance following the disposition of the Collateral.

Creditor submits the objection should not be sustained because the Collateral was recovered and processed and Creditor amended its proof of claim for a remaining lease balance on June 29, 2017.

### CONCLUSION

For the reasons stated herein, Creditor submits the objection should not be sustained. The Creditor amended proof of claim for a deficiency on June 29, 2017 and the remaining account balance should be allowed in its entirety.

Dated 30 June 2017.

    WINDTBERG & ZDANCEWICZ, PLC
    By /s/ Michael Zdancewicz (012426)
      Michael Zdancewicz
      Marc Windtberg
      7551 South Willow, Suite 102
      Tempe, Arizona 85283
      Attorneys for BMW Financial Services
      NA, LLC

| | |
|---|---|
| | Certificate of Service |

I certify that on June 30, 2017, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available, otherwise by regular first-class mail:

| | |
|---|---|
| Robert A. MacKenzie<br>2001 E. Campbell Ave., Suite 200<br>Phoenix, AZ 85016 | Carlos M. Arboleda<br>Arboleda Brechner<br>4545 E. Shea Blvd., #120<br>Phoenix, AZ 85028<br>ArboledaC@abfirm.com |
| Shane E. Powell<br>10040 E. Happy Valley Rd., Unit 8<br>Scottsdale, AZ 85255-2340 | Terry A. Dake<br>Terry A. Dake, Ltd.<br>20 E. Thomas Road, Suite 2200<br>Phoenix, AZ 85012-3133<br>TDake@cox.net |

/s/ Michael Zdancewicz