**ARBOLEDA BRECHNER**
ATTORNEYS AT LAW
4545 EAST SHEA BLVD., STE. 120
PHOENIX, ARIZONA 85028
TEL.: 602/482-0123
FAX: 602/482-4068

Carlos M. Arboleda, Bar No. 17109
arboledac@abfirm.com

Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SHANE POWELL, | Case No.: 2:16-BK-05611-BKM |
| Debtor. | **RESPONSE TO OBJECTION TO CLAIM NO. 16 (Arboleda Brechner)** |

This Response is filed by the law firm of Arboleda Brechner, (the "**AB Firm**"), in opposition to the Objection to Claim No. 16 (the "**Objection**"), filed by the Chapter 7 Trustee (the "**Trustee**") as Docket No. 325. The Trustee objects to the proof of claim filed by the AB Firm (the "**Admin Claim**") because no order has been entered by the Bankruptcy Court allowing an administrative claim in favor of the AB Firm. However, the AB Firm notes that no administrative claims deadline has been set by the Court. As such, the Objection is premature and the Admin Claim cannot be disallowed. *See* Bankruptcy Rule 1019(6).

WHEREFOR, the AB Firm requests that the Court deny the Objection as premature. The AB Firm further requests that the Court allow the Admin Claim as a general unsecured claim until such time as the AB Firm obtains an order authorizing the payment of an administrative claim under 11 USC §503 to the AB Firm.

DATED this 8 March 2017.

ARBOLEDA BRECHNER

/s/ CMA, Ariz. Bar No. 017109
Carlos M. Arboleda
Counsel for the Debtor

Copies of the foregoing served via ECF this
8 March 2017, on the following:

TERRY A. DAKE
TERRY A. DAKE, LTD.
20 E. Thomas Rd. Ste. 2200
PHOENIX, AZ 85012-3133

ARBOLEDA BRECHNER
4545 EAST SHEA BLVD., STE. 120
PHOENIX, ARIZONA 85028
TEL.: 602/482-0123